AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STEPHEN HOLLIDAY,

          Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 123-121

WARDEN OLIPHANT; DEPUTY WARDEN
STANLEY WILLIAMS; and SARGEANT HOLLIDAY,

          Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered November 8, 2023, the Court adopts as it's opinion the Magistrate Judge's Report and Recommendation, to which no objections have been filed, and dismisses this case without prejudice.  This case stands closed.



11/8/2023  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020